UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE E. RAMOS,<br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER, ET AL.,<br>    Defendants. | Case No. 3:17-cv-326 (VAB) |

## **RULING AND ORDER**

Jose Ramos ("Plaintiff"), is incarcerated at the MacDougall-Walker Correctional Institution in Suffield, Connecticut. He initiated this action by filing a Complaint under 42 U.S.C. § 1983 against the University of Connecticut Health Center, Commissioner Scott Semple, Warden Carol Chapdelaine, Medical Supervisor John/Jane Smith, Nurse Jane Smith and Dr. John Smith (collectively, the "Defendants"). ECF No. 1. He now moves for leave to amend the Complaint. ECF No. 8.

Mr. Ramos's motion states that he is seeking leave to add new defendants to his case. *See* Motion at 1, ECF No. 8. He neither identifies the new defendants, nor describes their conduct, in his motion. He has also not attached a proposed amended complaint to his motion.

Because the Court has not yet addressed the allegations in the Complaint or ordered the Complaint to be served on the Defendants and the Defendants have not filed an answer or motion addressed to the Complaint, Mr. Ramos may amend as of right. *See* Fed. R. Civ. P. 15(a)(1) (explaining that a plaintiff may amend his complaint once as of right "within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after

1

service of a responsive pleading or 21 days after service of a motion" to dismiss, "whichever is earlier"). Because Mr. Ramos need not seek the Court's permission to file an amended complaint, the motion to amend the complaint is denied as moot.

## CONCLUSION

The motion to amend the compliant, **ECF No. 8**, is **DENIED** as moot. Under Fed. R. Civ. P. 15(a)(1), Mr. Ramos may file an Amended Complaint once at this stage of the case as a matter of course. **The Amended Complaint must be filed within twenty days of the date of this order.** If Mr. Ramos chooses not to file an Amended Complaint within the time specified, the Court will consider only the allegations in the original Complaint.

SO ORDERED at Bridgeport, Connecticut, this 8th day of May, 2017.

/s/ Victor A. Bolden
Victor A. Bolden
United States District Judge